| | |
|---|---|
| IN RE: REQUEST FOR JUDICIAL ASSISTANCE FROM THE NATIONAL COURT OF ORIGINAL JURISDICTION IN CIVIL AND COMMERCIAL MATTERS NO. 5 IN BUENOS AIRES, ARGENTINA IN *PAOLA ANDREA PALLARO, ET AL. v. SWISS MEDICAL S.A.,* REF. NO. 1853/2022 | **Order** |

**THIS MATTER** comes before the Court on the United States' Application for Order Pursuant to 28 U.S.C. § 1782(a). (Doc. No. 1). The United States, by its counsel, on behalf of the National Court of Original Jurisdiction in Civil and Commercial Matters No. 5, in Buenos Aires, Argentina, pursuant to a Letter of Request issued in connection with a civil matter captioned *Paola Andres Pallaro, et al. v. Swiss Medical S.A.,* Foreign Reference Number 1853/2022, through its Application under 28 U.S.C. § 1782, is seeking to obtain certain information from Wells Fargo Bank, N.A. for use in connection with the judicial proceeding captioned *Paola Andres Pallaro, et al. v. Swiss Medical S.A*. Upon review of the Letter of Request seeking evidence from individuals or entities who may be found within the jurisdiction of this Court for use in said judicial proceedings in Argentina, and the Court being fully informed in the premises.

**NOW THEREFORE, it is ORDERED AND ADJUDGED**, pursuant to the authority contained in Title 28, United States Code Section 1782(a) and Rule 28(a) of the Federal Rules of Civil Procedure that James B. Gatehouse, Assistant United States Attorney for the Western District of North Carolina, hereby is appointed Commissioner of this Court, to obtain by subpoena the requested evidence from Wells Fargo Bank for transmission to the Office of International Judicial Assistance, United States Department of Justice, for transmission to the National Court of Original Jurisdiction in Civil and Commercial Matters No. 5, in Buenos Aires, Argentina, in

*Paola Andres Pallaro, et al. v. Swiss Medical S.A.,* and to do all else that may be necessary for the accomplishment of the purpose of this Order.

**IT IS FURTHER ORDERED** that the United States Attorney's Office shall provide Wells Fargo Bank in Charlotte, North Carolina with a copy of this Order and the accompanying documents.

Signed: January 11, 2023

Robert J. Conrad, Jr.
United States District Judge